**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00739-CR

**FREDERICK DOUGLAS FEASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80927-2017**

## ORDER

Before the Court is appellant's October 26, 2018 second motion for extension of time to file his brief asking for an extension of time until November 26, 2018. Because we previously granted appellant's October 25, 2018 first motion to extend time and ordered his brief due November 26, 2018, we **DENY** this motion as moot.

/s/     CRAIG STODDART
JUSTICE